**Order entered August 1, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00497-CV

### IN THE INTEREST OF I.A.B. AND G.N.B., MINOR CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-56047-2014**

## ORDER

Before the Court is appellant Isolina Jones-Byrd's July 31, 2017 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** the brief received on July 26, 2017 filed as of the date of this order. Appellee's brief shall be due twenty days from the date of this order.

We caution appellant that future motions must comply with the rules of appellate procedure, specifically rule 10.1(a)(5). *See* TEX. R. APP. P. 10.1(a)(5) (requiring a certificate of conference).

/s/    MOLLY FRANCIS
       JUSTICE